IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

HEATH RILEY,                                )
                                            )
                        Plaintiff           )
                                            )
        vs.                                 )           No. CIV-04-1348-C
                                            )
CORRECTIONS CORPORATION                     )
OF AMERICA, et al.,                         )
                                            )
                        Defendant           )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the

United States Magistrate Judge on May 19, 2005.  The court file reflects that no party has

objected to the Report and Recommendation within the time limits prescribed.  Therefore,

the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and

the civil rights complaint is dismissed, without prejudice.  A judgment of dismissal will enter

accordingly.   This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 29th day of June, 2005.

ROBIN J. CAUTHRON
United States District Judge